UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

Docket No.:
1:22-cv-05477-MKB-RER

                                          Plaintiffs,

      -against-

REGO PARK PHARMACY, LLC et al.,

                                          Defendants.
-------------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, "Plaintiffs") hereby dismisses without prejudice, all claims asserted in this action by Plaintiffs as against Defendants, Rego Park Pharmacy, LLC and Artur Khaimov a/k/a Arthur Khaimov (collectively, the "Rego Park Defendants") pursuant to Fed. R. Civ. Proc. 41(a).

Dated: November 22, 2022

RIVKIN RADLER LLP

By:   /s/ *Michael A. Sirignano*
      Michael A. Sirignano, Esq.
      Priscilla Kam, Esq.
926 RXR Plaza
Uniondale, New York 11556

*Counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company*